desires, to cross-examine every witness produced against him. No opinion. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

Annie Scanlon, Respondent, v. New York Telephone Company, Appellant.— Judgment and order of the City Court of Yonkers reversed, and new trial ordered, costs to abide the event, unless within ten days after entry of the order herein plaintiff stipulate to reduce the recovery of damages to the sum of $200, in which event the judgment as so modified, and the order, are unanimously affirmed, without costs. No opinion. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

Augusta Seaquist, Respondent, v. Nels A. Seaquist, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Mary Terrence, Respondent, v. Jacob Autenreith, Jr., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Union Bank of Brooklyn, Respondent, v. David Schneider and Others, Defendants. Rosie Feiner and Others, Appellants.— Judgment of the County Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Charles Werner, Respondent, v. Louis Lipsius and Michael Lipsius, Copartners, etc., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.

Clara Shiffner, Appellant, v. George H. Beck, Respondent.— Orders affirmed on reargument, without costs, and defendant permitted to plead over within five days after service upon him of a copy of the order herein if he has not already so plead over. No opinion. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred. (See 159 App. Div. 321; *ante*, p. 888.)

Jacob Solovei and Sadie M. Mandal, Respondents, v. Jane Whelan, Appellant.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements, without, however, passing on the applicable rule of damages. No opinion. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Southern Dutchess Gas and Electric Company, Respondent, v. Harry E. Murphey and Others, Appellants. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. We think the powers conferred on electric light companies by the Transportation Corporations Law (§ 61, subd. 2),* also under the franchise to use the streets of Fishkill, did not take from plaintiff the power also to condemn an easement over the property of defendants, such as it sought to do in these proceedings. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Joseph Van Cleft, Appellant, v. Ella D. Williams and United States Trust Company, as Trustee, etc., Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ., concurred.

---

* Consol. Laws, chap. 63 (Laws of 1909, chap. 219), § 61, subd. 2.— [Rep.